IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Connie McClintock,              )<br>                                           )<br>            Plaintiff,               )<br>                                           )<br>vs.                                      )<br>                                           )<br>Michael J. Astrue, Commissioner of Social  )<br>Security                              )<br>                                           )<br>            Defendant.            ) | No. 06-CV-363 TUC JMR<br><br>**ORDER** |

This case arises from a claim by Plaintiff for Social Security benefits. The Honorable Frederick J. Graf ("ALJ") determined that Plaintiff was not disabled as defined by the Social Security Act. Plaintiff's request for review of the ALJ's decision was denied by the Appeals Council. Thereafter, Plaintiff initiated this action.

Pending before this Court are cross-motions for summary judgment (Doc. No. 16 & 19). Plaintiff contends that the ALJ failed to properly analyze her credibility, ignored evidence of her motivations to work and the impairments that prevented her from doing so, improperly drew a negative inference from her failure to comply with medical treatment, improperly evaluated her RFC, failed to call the required Vocational Expert, and improperly found her not disabled.

Defendant argues that the ALJ properly assessed Plaintiff's RFC and credibility, and properly relied on the Medical-Vocational Guidelines. Alternatively, Defendant requests that

the Court remand this matter for further consideration by the ALJ..

On April 25, 2008, after a thorough and well-documented analysis, Magistrate Judge Jacqueline J. Marshall issued a Report and Recommendation (R & R) to this Court. Neither party filed an objection to the R & R. The Magistrate Judge recommended that Plaintiff's Motion be granted in part and denied in part and that Defendant's Motion be granted in part and denied in part. In her analysis, the Magistrate Judge concluded that the ALJ did not improperly analyze Plaintiff's credibility, and that there was ample support for the ALJ's rejection of evidence of her visual disability. The Magistrate Judge also concluded that the ALJ's failure to inquire of Plaintiff why she declined certain treatments–and did not comply with other treatment recommendations–was a violation of SSR 96-7p and thus merits remand on that issue. Furthermore, the Magistrate Judge concluded that the ALJ failed to determine the effect of Plaintiff's obesity on her other impairments, and its affect on her overall health and ability to work, as required. Finally, the Magistrate Judge found that the ALJ was not required to consult a Vocation Expert regarding Plaintiff's visual disability because the ALJ's determination regarding Plaintiff's visual disability was supported by the record. However, because the ALJ failed to inquire into Plaintiff's reason for not following certain medical advice and failed to consider her obesity, the ALJ will need to reconsider Plaintiff's RFC on remand and may reconsider the necessity of consulting a Vocational Expert.

If there are no objections to the R & R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire

record and concludes that Magistrate Judge Marshall's recommendations are not clearly erroneous or contrary to law.

Therefore, the Court will remand the action to the Commissioner for further consideration on the issues of Plaintiff's reasons for declining certain treatments, and the effect of Plaintiff's obesity on her other impairments (including the possible necessity of consulting a Vocational Expert), consistent with this Order.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of the Magistrate Judge filed April 25, 2008 (Doc. No. 34) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 16) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment (Doc. No. 19) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the instant action is **REMANDED TO THE COMMISSIONER** for further consideration consistent with this **ORDER** and the **REPORT AND RECOMMENDATION**.

DATED this 8th day of July, 2008.

_____
John M. Roll
Chief United States District Judge